1  JULIE M. MCCOY, Bar no. 129640
   485 E. 17TH ST.  SUITE 390
2  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
3  Fax: (949) 722-8416

4  Attorney for: PLAINTIFF

5

6                    UNITED STATES DISTRICT COURT

7                   CENTRAL DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          No. CV A 09-2032

10                      Plaintiff,

11      vs.                           CONSENT JUDGMENT

12  LISA D. ALLEN, AKA LISA ALLEN,

13                      Defendant

14

15      Pursuant to the above stipulation of the parties,

16  Judgment is hereby entered in favor of Plaintiff, UNITED

17  STATES OF AMERICA, against Defendant, Lisa D. Allen, aka

18  Lisa Allen, in the principal amount of $3,810.78 plus

19  interest accrued to December 31, 2008, in the sum of

20  $5,539.26; with interest accruing thereafter at 8% per year

21  until entry of judgment, administration costs in the amount

22  of $10.00, for a total amount of  $**9,360.04**.

23

24  DATED: 04/03/2009          By: _Jerry Najisi_____
                                    Clerk of the Court
25

26                                 _A.KANNIKE_____
27                                      Deputy Clerk
                               United States District Court
28